UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:19-cv-00080

**Jeffrey Allison Eldridge**, Petitioner

v.

**United States of America**, Respondent

Before BARKER, *District Judge*

# ORDER

Defendant Eldridge in this court's criminal case 6:17-cr-00034 was convicted and sentenced to a term of imprisonment. He subsequently moved to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255. That motion was docketed in the criminal case, per Rule 3(b) of the Rules Governing Section 2255 Proceedings, and also placed on the court's civil docket as this action.

Eldridge now requests (docket entry 13) that his § 2255 motion be voluntarily dismissed. Magistrate Judge John D. Love issued a report recommending that the § 2255 motion be dismissed without prejudice on Eldridge's motion, and no party objected. The court accepts the magistrate judge's recommendation and **grants** Eldridge's request to dismiss his § 2255 motion. Eldridge's motion to vacate, set aside, or correct his sentence is **dismissed without prejudice**.

The clerk is directed to close case 6:19-cv-00080 and enter this disposition on the docket of case 6:17-cr-00034.

*So ordered by the court on July 3, 2019.*

J. CAMPBELL BARKER
United States District Judge